[No. 11323–6–II. Division Two. February 21, 1990.]

BENJAMIN LEVINE, *Respondent,* v. JEFFERSON
COUNTY, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 86–2–00599–7, Gary W. Velie, J.,

entered August 14, 1987. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Reed, J., Petrich, A.C.J., dissenting.